**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

In The Matters of the Searches/Tracking of

A 2013 Honda Accord bearing Massachusetts tags 4GSR58

A 2025 Honda Accord bearing Massachusetts tags 6KEP34

A 2008 Honda CR-V bearing Massachusetts tags 4AGH66

250 Jackson St., Apt. 1A, Lawrence, Mass.

65 Adams Ave., Methuen, Mass.

809 Essex St. (basement), Lawrence, Mass.

947 River St., Apt. 5, Boston, Mass.

19 Morse St., Boston, Mass.

M.J. Nos. 25-1306-DLC
25-1372-DLC
25-1373-DLC
25-1563-DLC
25-1564-DLC
26-1301-DLC
26-1443-DLC
26-1444-DLC
26-1445-DLC
26-1446-DLC
26-1447-DLC

**MOTION TO UNSEAL SEARCH AND TRACKING WARRANTS**

The United States of America respectfully moves this Court to unseal the search warrant applications, tracking warrant applications, supporting affidavits, search warrants, tracking warrants, this motion, any ruling on this motion, and all related paperwork. In support of this motion, the government states that the government has recently arrested multiple defendants and moved to unseal the criminal case to which these warrants pertained, which case is currently pending before the federal District Court in the District of New Hampshire. *See United States v. Robles et al.*, 1:26-cr-00081-LM-AJ (D.N.H.). As a result, public disclosure of any of these materials at this juncture would not harm the government's investigation and sealing of the materials is no longer necessary.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: _/s/ Christopher D. Jackson_
Christopher D. Jackson
Assistant U.S. Attorney

Date: October 22, 2026